UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------x
WAYNE GILMORE,                            :
an individual,                            :   CASE NO.: 2:16-cv-02953
                                          :
            Plaintiff,                    :
                                          :   SECTION: "F"(3)
vs.                                       :
                                          :
ROBCO, LLC,                               :
a Domestic Limited Liability Company,     :
                                          :
            Defendant.                    :
-------------------------------------------------------x
```

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: September 15, 2016

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/Georgianne Sims* | */s/Warren Horn* |
| Georgianne Sims, Esq. (La. #27879) | Warren Horn, Esq. (La. #14380) |
| Ku & Mussman, P.A. | Heller, Draper, Patrick |
| 6001 NW 153rd Street | Horn & Dabney, L.L.C. |
| Suite 100 | 650 Poydras Street, Suite 2500 |
| Miami Lakes, FL 33014 | New Orleans, LA 70130-6103 |
| Tel: (305) 891-1322 | Telephone: (504) 299-3300 |
| Fax: (305) 891-4512 | Fax: (504) 299-3399 |
| Georgianne.sims@gmail.com | whorn@hellerdraper.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

1

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 15th day of September, 2016, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Warren Horn, Esq.
Heller, Draper, Patrick,
Horn & Dabney, LLC
650 Poydras St., Suite 2500
New Orleans, LA  70130

                                                   */s/Georgianne Sims*
                                                   Georgianne Sims, Esq. (La. #27879)